UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

**PSEND**

| Case No. | **CR 04-198(C)-TJH** | | Date | FEBRUARY 12, 2008 |
|---|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | BONNIE HOBBS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **1. BRIAN DARNELL BERKLEY** | NOT | ✗ | | 1. PRO SE | NOT | ✗ | |

**Proceedings:**   IN CHAMBERS - NOTICE TO PARTIES AND ORDER

The court having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the Defendant's motion to amend sentencing, etc.,filed on Nov. 5, 2008 (#408) and Defendant's request for transfer, etc., filed Nov. 5, 2008 (#409).

**IT IS SO ORDERED.**